AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

**DONNA CURTIS-ROBINSON and JOSEPH ROBINSON,**

**v.**

**DAVOL INC. and C.R. BARD INC.**

**SUMMONS IN A CIVIL CASE**

Case Number:[1]

**CV 08 604**

GLEESON, J

**TO:** **C.R. Bard**
**c/o CT Corporation**
**111 8th Avenue**
**New York, NY 10011**

**YOU ARE SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Milberg Weiss LLP
One Pennsylvania Plaza
New York, New York 10119-0165

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

ROBERT C. HEINEMANN

CLERK

FEB 13 2008

DATE

[signature]

(BY) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of New York

Index Number: CV 08 604

Date Filed: 2/13/2008

Plaintiff:
**DONNA CURTIS-ROBINSON and JOSEPH ROBINSON,**

vs.

Defendant:
**DAVOL, INC., and C.R. BARD, INC.**

For:
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY 10119

Received these papers to be served on **C.R. BARD c/o CT CORPORATION SYSTEM, Registered Agent, located at 111 8th Avenue, New York, New York 10011**.

I, Wilson Amaya, being duly sworn, depose and say that on the **14th day of February, 2008** at **9:00 am, I:**

Personally served C.R. BARD c/o CT CORPORATION SYSTEM by delivering a true copy of the **Summons in a Civil Case, Original Complaint, Civil Cover Sheet, Individual Rules of USDC Judge John Gleason, Individual rules of Magistrate Judge Roanne L. Mann** to Elena Bou, Process Specialist, authorized to accept on behalf of the above named Entity.

**Description** of Person Served: Age: 34, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 135, Hair: Blond, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 19th day of February, 2008 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

**Wilson Amaya**
1161499

Our Job Serial Number: 2008000703
Ref: 070024-00001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j