AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**EASTERN DISTRICT OF NEW YORK**

**DONNA CURTIS-ROBINSON and JOSEPH ROBINSON,**

v.

**DAVOL INC. and C.R. BARD INC.**

**SUMMONS IN A CIVIL CASE**

Case Number:[1]

CV 08 604

GLEESON J

TO: **DAVOL INC.**
**c/o CT Corporation**
**10 Weybosset Street**
**Providence, RI 02903**

**YOU ARE SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Milberg Weiss LLP
One Pennsylvania Plaza
New York, New York 10119-0165

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

ROBERT C. HEINEMANN
CLERK

FEB 13 2008
DATE

(BY) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of New York

Index Number: CV08 604

Date Filed: 2/13/2008

Plaintiff:
**DONNA CURTIS-ROBINSON AND JOSEPH ROBINSON**

vs.

Defendant:
**DAVOL INC AND C.R. BARD, INC**

For:
MILBERG WEISS LLP
One Pennsylvania Plaza
New York, NY 10119-1065

Received by COURT SUPPORT, INC on the 14th day of February, 2008 at 9:35 am to be served on **DAVOL INC. c/o CT CORPORATION, 10 WEYBOSSET ST, PROVIDENCE, RI 02903**.

I, Paul G. Hughes, being duly sworn, depose and say that on the **14th day of February, 2008** at 10:50 am, I:

SERVED the within named CORPORATION by delivering a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, CIVIL COVER SHEET AND RULES FROM JUDGE JOHN GLEESON AND JUDGE ROANNE L MANN** with the date and hour of service endorsed thereon by me to JOANNE CASALE, PROCESS SPECIALIST for CT CORPORATION SYSTEMS as REGISTERED AGENT of the within named corporation.

I certify that I am a Rhode Island Constable licensed to serve civil process in the state of Rhode Island. I am over the age of eighteen years and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing instrument and the facts stated in it are true.

Before me on the 14th day of February, 2008 there personally appeared before me the above named individual who swore to the truth of the statements contained in this affidavit

S L Mallinson
NOTARY PUBLIC

S. L. MALLINSON, Notary Public
State of RI and Providence Plantations
My Commission Expires 8/16/2010

Paul G Hughes
**Paul G. Hughes**
RI District Ct. Constable 6063

**COURT SUPPORT, INC**
**181 Hillside Ave**
**Williston Park, NY 11596**
**(516) 742-7455**

Our Job Serial Number: 2008001130

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c