**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DONNA CURTIS-ROBINSON
and JOSEPH ROBINSON,

Plaintiffs,

vs.

DAVOL INC. and C. R. BARD INC.,

Defendants.

Civil Action No. 08-cv-0604

**NOTICE OF CHANGE OF LAW FIRM NAME**

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Milberg Weiss LLP has changed its name to Milberg LLP. The office address, and telephone and facsimile numbers remain the same; however, e-mail addresses have changed to reflect milberg.com as the domain name.

Dated: New York, New York
April 1, 2008

**MILBERG LLP**

By: /s/ Stephanie Hatzakos
Stephanie Hatzakos
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300 (Tel)
(212) 868-1229 (Fax)
shatzakos@milberg.com

*Attorney for Plaintiffs*