CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:08−cv−00604−JG−RLM

Curtis−Robinson et al v. Davol Inc. et al
Assigned to: Judge John Gleeson
Referred to: Magistrate Judge Roanne L. Mann
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 02/13/2008
Date Terminated: 04/07/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Donna Curtis−Robinson**

represented by **Stephanie Hatzakos**
Milberg LLP
One Penn Plaza
New York, NY 10119
212−946−9386
Fax: 212−273−4314
Email: shatzakos@milberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Robinson**

represented by **Stephanie Hatzakos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.**

represented by **Samuel J. Abate, Jr.**
Pepper Hamilton LLP
620 Eighth Avenue
37th Floor
New York, NY 10018−1405
(212)808−2706
Fax: (866)738−9621
Email: abates@pepperlaw.com
*LEAD ATTORNEY*

**Defendant**

**C.R. Bard Inc.**

represented by **Samuel J. Abate, Jr.**
(See above for address)
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2008 | " 1 | COMPLAINT against Davol Inc., C.R. Bard Inc. $ 350, filed by Donna |

| | | |
|---|---|---|
| | | Curtis−Robinson, Joseph Robinson. (Attachments: # 1 Civil Cover Sheet) (Jones, Sandra) (Entered: 02/14/2008) |
| 02/14/2008 | " | Summons Issued as to Davol Inc., C.R. Bard Inc.. (Jones, Sandra) (Entered: 02/14/2008) |
| 02/20/2008 | " 2 | SUMMONS Returned Executed by Donna Curtis−Robinson, Joseph Robinson. C.R. Bard Inc. served on 2/14/2008, answer due 3/5/2008. (Hatzakos, Stephanie) (Entered: 02/20/2008) |
| 02/20/2008 | " 3 | SUMMONS Returned Executed by Donna Curtis−Robinson, Joseph Robinson. Davol Inc. served on 2/14/2008, answer due 3/5/2008. (Hatzakos, Stephanie) (Entered: 02/20/2008) |
| 03/05/2008 | " 4 | Consent MOTION to Stay *of Proceedings Pending Transfer to Multidistrict Litigation* by Davol Inc., C.R. Bard Inc.. (Attachments: # 1 Proposed Order, # 2 Exhibit 1) (Abate, Samuel) (Entered: 03/05/2008) |
| 03/05/2008 | " 5 | CERTIFICATE OF SERVICE by Davol Inc., C.R. Bard Inc. re 4 Consent MOTION to Stay *of Proceedings Pending Transfer to Multidistrict Litigation* (Abate, Samuel) (Entered: 03/05/2008) |
| 03/06/2008 | " 6 | ORDER granting 4 Motion to Stay. Ordered by Magistrate Judge Roanne L. Mann on 03/06/08. (Maynard, Pat) (Entered: 03/06/2008) |
| 04/01/2008 | " 7 | NOTICE of Change of Firm Name by Stephanie Hatzakos (Hatzakos, Stephanie) (Entered: 04/01/2008) |
| 04/07/2008 | " 8 | As per Conditional Transfer Order 16, Case transferred to District of Rhode Island. Case Transferred Via CM/ECF Civil Extract. Case Closed. (Piper, Francine) (Entered: 04/07/2008) |